FILED
3/18/24 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Marc W. Waltonbaugh, | ) | |
|    *Debtor* | ) | Case No. 24-20513 GLT |
| | ) | Chapter 13 |
| Marc W. Waltonbaugh, | ) | |
|    *Movant* | ) | Document No. 10 |
| | ) | |
| No Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit, this __18th__ day of __March__, 2024, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Marc W. Waltonbaugh, is hereby granted an extension until March 29, 2024 to file a completed Chapter 13 petition.

Dated: 3/18/24

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20513-GLT |
| Marc W. Waltonbaugh | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Mar 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

**Recip ID        Recipient Name and Address**
db           +  Marc W. Waltonbaugh, 2060 Scenery Dr., Elizabeth, PA 15037-2361

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:

**Name          Email Address**

Denise Carlon
              on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com

Kenneth Steidl
              on behalf of Debtor Marc W. Waltonbaugh julie.steidl@steidl-steinberg.com
              ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
              ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
              cmecf@chapter13trusteewdpa.com

TOTAL: 4