**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARC W. WALTONBAUGH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:24-20513 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/01/2024 and confirmed on 01/01/1900. The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 300.00 |
| Less Refunds to Debtor | 282.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 18.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 18.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 18.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ELIZABETH FORWARD SD (ELIZABETH TV | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: B024 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0609 | | | | |
| ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4995 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
| MARC W. WALTONBAUGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARC W. WALTONBAUGH | 282.00 | 282.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ONE MAIN FINANCIAL GROUP LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8535 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| 24-20513 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
| Unsecured | | | | | |
| | Acct: 8109 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 0.00 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 0.00 | |
| UNSECURED | 0.00 | |

Date: 05/06/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com